**312** SMITH vs. EDWARDS (Ct. Ct. Comr.), No. 11803½.

To vacate an order transferring a cause from the Jackson to the Eaton Circuit.

Denied February 13, 1891.

Relator had commenced a suit against one Thompson, in the Jackson Circuit. Thompson appeared and pleaded by attorneys residing at Charlotte and on the same day applied for the transfer. The answer conceded the disqualification of the Jackson circuit judge, but insisted that the employment of attorneys in Eaton County was solely for the purpose of obtaining the removal of the cause to that circuit, and that question was fully gone into upon the hearing before the respondent.

**313** GLENS FALLS INS. CO. vs. CIRCUIT JUDGE (Jackson), 21 M., 577.

To compel respondent to remove a cause, pending in the Jackson Circuit, to the Circuit Court of the United States.

Denied October 21, 1870.

A mandamus from the Supreme Court to compel an inferior State Court to remove a cause to the United States Circuit Court, upon the application of a defendant who is a citizen of another State, is not the appropriate writ for that purpose.

**314** LE ROUX ET AL. vs. CIRCUIT JUDGE (Bay), 45 M., 416.

To set aside an order of removal to a Federal Court.

Denied January 27, 1881, for the reason that the record does not show that any application had been made to the respondent to vacate the order.